FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 0 2 2015 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROBERT PILCHMAN,

                    Plaintiff,

        - against -

NATIONAL LABOR RELATIONS BOARD, *et al.*,

                    Defendants.
------------------------------------------------------------X

**MEMORANDUM & ORDER**

14-cv-7083 (SLT) (SMG)

**TOWNES, United States District Judge,**

      By notice of motion placed in the Eastern District of New York's After Hours Dropbox on January 26, 2015, *pro se* Plaintiff filed a motion styled as a "Motion for Injunctive Relief." It appears from his papers that prior to commencing the instant action, Plaintiff filed grievances with the National Labor Relations Board and the New York State Public Employee Relations Board ("PERB") against his employer, the Brooklyn Public Library ("BPL"), and his union, District Council 37 of the American Federation of State, County and Municipal Employees, AFL-CIO ("District Council 37"). Plaintiff's motion papers ask this Court to enjoin a "private sector" hearing scheduled to take place before the PERB. Plaintiff asks that this Court order that PERB proceedings be held in abeyance "to wait for the outcome of the [instant] federal court [action]" because it is "a huge conflict of interest for PERB to adjudicate [a dispute] between [Plaintiff] and the [BPL] when both PERB and the [BPL] are currently defendants in [the instant action]." Plaintiff also alleges some impropriety because a PERB administrative law judge allegedly "used to work for District Council 37." **Defendant PERB is directed to respond to Plaintiff's motion on or before February 27, 2015.**

**SO ORDERED**

/s/ Sandra L. Townes

/SANDRA L. TOWNES
United States District Judge

Dated: Brooklyn, New York
       January 29, 2015